RICOH COMPANY, LTD., Ricoh Corporation, and Ricoh Electronics, Inc ., Plaintiffs–Appellees,

v.

NASHUA CORPORATION, Defendant–Appellant.

No. 99–1030.

United States Court of Appeals, Federal Circuit.

Jan. 4, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

FRANKLIN PAVKOV CONSTRUCTION CO., Appellant,

v.

F. Whitten PETERS, Secretary of the Air Force, Appellee.

No. 01–1010.

United States Court of Appeals, Federal Circuit.

Jan. 5, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Hubert W. EVANS, Claimant–Appellant,

v.

Hershel W. GOBER, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7100.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2001.

Before CLEVENGER, SCHALL, and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.